U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
MAR 21 2012
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Plattsburgh

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** <br> CRIM. NO. 12-CR-_141_ (GLS) |
| v. | Count 1: 21 U.S.C. § 846 <br> Count 2: 21 U.S.C. § 952 <br> Count 3: 18 U.S.C. § 1956(h) |
| **MIHALE LEVENTIS,** <br> aka "Rookie," <br> aka "Big Mike," and <br> **LESLIE GRANT,** <br>         Defendants. | Counties of Offense: Franklin, Clinton |

THE GRAND JURY CHARGES:

## COUNT I

### CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE A CONTROLLED SUBSTANCE

Between in or about 2007 and June 2009, in Franklin and Clinton Counties in the Northern District of New York and elsewhere, the defendants,

**MIHALE LEVENTIS,**
aka "Rookie,"
aka "Big Mike," and
**LESLIE GRANT,**

and others, known and unknown, conspired to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. That violation involved one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marijuana and five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT II

### CONSPIRACY TO IMPORT A CONTROLLED SUBSTANCE

Between in or about 2007 and in or about June 2009, in Franklin and Clinton Counties in the Northern District of New York and elsewhere, the defendants,

**MIHALE LEVENTIS,**
aka "Rookie,"
aka "Big Mike," and
**LESLIE GRANT,**

and others, known and unknown, conspired to knowingly and intentionally import into the United States from a place outside of the United States, namely Canada, a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 963. That violation involved one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 960(b)(1).

## COUNT III

### CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS

Between in or about 2007 and in or about June 2009, in Franklin and Clinton Counties in the Northern District of New York and elsewhere, the defendants,

**MIHALE LEVENTIS,**
aka "Rookie,"
aka "Big Mike," and
**LESLIE GRANT,**

and others, known and unknown, conspired to transport, transmit, and transfer, and attempt to transport, transmit, and transfer monetary instruments and funds from a place in the United States to and through a place outside of the United States and to a place in the United States from and through a place outside of the United States (a) with the intent to promote the carrying on of specified unlawful activity, that is conspiracy to possess with the intent to distribute and to

distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and conspiracy to import a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 963; and (b) knowing that the monetary instruments and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part (i) to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of such specified unlawful activity; and (ii) to avoid a transaction reporting requirement under State or Federal law, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (B).

All in violation of Title 18, United States Code, Section 1956(h).

Dated: March 20, 2012

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

BY:

Daniel C. Gardner
ASSISTANT U.S. ATTORNEY
Bar Roll No.: 515333